**IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**HUNTINGTON DIVISION**

LAMONT ANTWAIN LAPRADE,

        Plaintiff,

v.                                  CIVIL ACTION NO. 3:25-00574

WESTERN REGIONAL JAIL,
BOSWELL PHARMACY SERVICES LLC,
WEXFORD HEALTH SOURCES,
AUSTIN JORDAN, *Medical Supervisor*,
JAMES SMITH, *(WRJ) Chief of Security*,
P. GALAPON, *Doctor (WRJ)*,

        Defendants.

## ORDER

This action was referred to the Honorable Omar Aboulhosn, United States Magistrate Judge, for submission to this Court of proposed findings of fact and recommendations for disposition, pursuant to 28 U.S.C. § 636(b)(1)(B). The Magistrate Judge has submitted Findings of Fact and recommended that Defendants' motions to dismiss (ECF Nos. 17, 24, 28) be granted and that Plaintiff's claims be dismissed. The movant has filed objections to the Magistrate Judge's findings and recommendations.

The Court, having reviewed, de novo, the pleadings and movant's objections, **ADOPTS** the Magistrates Judge's Findings and Recommendations. Plaintiff's objections are sometimes illegible and mostly incoherent. They do not meaningfully engage with the Magistrate Judge's proposed findings and recommendations, let alone persuade the Court that Plaintiff has stated a valid claim.

The Court **GRANTS** Defendants Wexford Health Sources, Inc., Austin Jordan, and Dr. P. Galapon's Motion to Dismiss (ECF No. 17), Defendants West Virginia Division of Corrections and Rehabilitation and James Smith's Amended Motion to Dismiss (ECF No. 24), and Defendant Boswell Pharmacy Services LLC's Motion to Dismiss. The Court **DISMISSES** Plaintiff's claims against Defendant Western Regional Jail **with prejudice**. The Court otherwise **DISMISSES** Plaintiff's claims **without prejudice**.

The Court **DIRECTS** the Clerk to forward copies of this written opinion and order to all counsel of record, and any unrepresented parties.

ENTER:        July 7, 2026

ROBERT C. CHAMBERS
UNITED STATES DISTRICT JUDGE